118 F.3d 1577
 Melissa J. Seneway
v.
Canon McMillan School District, Donald Strang, prior
Superintendent of Canon McMillan School District, Eugene
Buchlietner, Principal of Canon McMillan High School, Nick
Bayat, Principal of Canon McMillan High School, Donald
Strang, priorSuperintendent of Canon McMillan School
District, Nick Bavat Former Principal of Canon McMillan High School
 NO. 96-3394
 United States Court of Appeals,
Third Circuit.
 June 17, 1997
 
 1
 Appeal From: W.D.Pa. ,No.94cv01840 ,
 
 969 F.Supp. 325
 
 2
 Appeal Quashed.